UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 26 Mag. 3012-1 (UA) |
| -against- | ORDER |
| Jaylen Jackson | |
| Defendant | |

JENNIFER WILLIS, U.S. Magistrate Judge:

It is hereby ORDERED that the defendant's bail is modified to include mental health evaluation/treatment as directed by Pretrial Services.

Dated: New York, New York
September 9, 2026

SO ORDERED:

Jennifer E. Willis

JENNIFER WILLIS
U.S. Magistrate Judge